**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

DONALD NELSON, DONALD WHITE,
a minor by and through his
best friend, LACHELLE WHITE,
mother                                                          PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 5:05cv173-DCB-JCS

RITE AID CORPORATION, HERSHEY
FOOD CORPORATION                                                DEFENDANTS

### ORDER OF REMAND

This matter comes before the court on the plaintiffs' Motion to Remand [**docket entry no. 4**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Adams County, Mississippi.

SO ORDERED, this the 25th day of August, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE